**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00282-CR**
_____

**STEVEN WADE RILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 27815**

_____

**MEMORANDUM OPINION**

On June 15, 2023, the trial court accepted Steven Wade Riley's guilty plea on an indictment for stalking, deferred adjudication of guilt, and placed Riley on deferred adjudication community supervision for four years. The trial court signed a certification in which the trial court certified that Riley waived his right to appeal and this is a plea-bargain case and Riley has no right of appeal. On July 14, 2023, Riley filed a notice of appeal for Trial Cause Number 27815. The District Clerk provided the certification to the Court of Appeals.

1

On September 6, 2023, we notified the parties that we would dismiss the appeal unless the appellant established the certification was incorrect. None of the parties responded to the Court's notice. Since the record lacks a certification saying that Riley has the right of appeal, we dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on October 31, 2023
Opinion Delivered November 1, 2023
Do Not Publish

Before Horton, Johnson and Wright, JJ.